SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2013 NOV -6 PM 2:50

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. SA13CR0891FB |
| Plaintiff, | INDICTMENT |
| VS. | [Vio: Possession of a firearm by a convicted felon, 18 U.S.C. §922(g)(1)] |
| JOSE MARTINEZ, | A-14-M-048 |
| Defendant. | |

THE GRAND JURY CHARGES:

COUNT ONE
[18 U.S.C. § 922(g)(1)]

That on or about June 25, 2013, in the Western District of Texas, the Defendant,

**JOSE MARTINEZ,**

who having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce two firearms, to-wit: a Glock, Model 17, 9mm pistol, bearing serial number GPF341, and a Century International Arms, Inc., Model M70AB2, 7.62X39 caliber rifle, bearing serial number M70AB26874, which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

FOREPERSON OF THE GRAND JURY

ROBERT PITMAN
UNITED STATES ATTORNEY

BY: *[signature]*
BETTINA RICHARDSON
Assistant United States Attorney

CASE SEALED X UNSEALED ___



CASE NO: _____

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**SA13CR0891FB**

USAO #: 2013R

COUNTY: BEXAR          DIVISION: SAN ANTONIO          JUDGE: _____

DATE: November 6, 2013          MAG.CT.#: _____          FBI #: _____

ASSISTANT U.S. ATTORNEY: BETTINA RICHARDSON          DEF. D.O.B.: ███

DEFENDANT NAME: JOSE MARTINEZ          DEF. SSN: ███

DEFENDANT'S A/K/A'S: _____          Male _X_  Female __

DEFENDANT'S ADDRESS: _____

CITIZENSHIP:    United States: _X_    Mexican ____    Other: _____

INTERPRETER NEEDED:    YES: ____    NO: _X_    Language: _____

DEFENSE ATTORNEY'S NAME: _____
            Employed: ____   Appointed: ____

DEFENSE ATTORNEY'S ADDRESS: _____

DEFENDANT IS: In Jail: __   Where: _____          Writ Attached: _____
              On Bond: __   Amount of Bond: Detain w/o Bond    SID# _____
              Where on Bond: _____

DATE OF ARREST: _____  TO BE ARRESTED: YES    BENCH WARRANT NEEDED: YES

PROBATION OFFICER: _____    NAME & ADDRESS OF SURETY: _____

PROSECUTION BY:    _X_ INDICTMENT    ____ INFORMATION

OFFENSE: (Code & Description) COUNT 1: 18 U.S.C. 922(g)(1), Possession of a Firearm by a Convicted Felon.

OFFENSE IS: FELONY ____   CLASS A MISDEMEANOR ____   CLASS B/C PETTY OFFENSE ____

MAXIMUM SENTENCE (Each Count): COUNT 1: Max 10 years imprisonment, Max $250,000, 3 years supervised release, $100 mandatory special assessment.

AGENT/AGENCY: ATF/Allen Darilek    MANDATORY PENALTY: Yes: X  No: __ As to special assessment only.

REMARKS: _____                                                                pl

WDT-Cr-3   USDC CY 1   USDC CY 2   COURT CY   USMS CY   USAO CY   PROBATION CY   PRE-TRIAL SVCS CY   USAO DOCKETING CY

**SEALED**

**U.S. Department of Justice**
*United States Attorney*

FILED
2013 NOV -6 PM 2:50

# United States District Court
## Western District of Texas

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **SA13CR0891FB** |
| v. ) | CRIMINAL NO. _____ |
| ) | |
| JOSE MARTINEZ ) | |

### ORDER FOR BENCH WARRANT

It appearing to the Court that an Indictment has been returned against the below named defendant, it is hereby ORDERED that warrant issue for the arrest of said defendant(s), returnable instanter to the San Antonio Division of this Court.

**Defendant**

**JOSE MARTINEZ**

ENTERED at San Antonio, Texas, this 6th Nov. day of _____, 2013.

_____
UNITED STATES MAGISTRATE/~~DISTRICT~~ JUDGE

If the Defendant is arrested outside the Western District of Texas, the United States Attorney for the Western District of Texas recommends that **JOSE MARTINEZ** be detained without bond after a hearing.

BENCHWAR.FRM

AO 442 (Rev. 11/11) Arrest Warrant

**CLERK'S COPY**  **SEALED**

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| JOSE MARTINEZ | ) Case No. SA13-CR-891-FB |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __JOSE MARTINEZ__ ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18: USC 922 (g)(1) POSSESSION OF A FIREARM BY A CONVICTED FELON..

Date: __11/06/2013__

*Issuing officer's signature*

City and state:  San Antonio, Texas

Robert F. Flaig, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                Arresting officer's signature |
|                              Printed name and title |